*Various Chapter 13s*

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

0764172

January 5, 2017

PAY  Exactly Three Thousand Three Hundred Thirty Six And 02/100 Dollars

$******3,336.02

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0764172⑈ ⑆061100790⑆ 8800517495⑈

1/9/17
Deposited to Treasury Unclaimed.
(6047BK).
Due: See Attached

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 235596      - KW

January 09, 2017
10:55:50

TREASURY REGFUND
Debtor.: VARIOUS CH. 13S
Amount.:        $3,336.02 CH
Check#.: 0764172

Total->   $3,336.02

FROM: BEAULIEU

## U.S. BANKRUPTCY COURT/ REGISTRY CHECK# 0764172

| CASE # | DEBTOR/ DEBTORS | DEBTOR'S ADDRESS | AMOUNTS | PAYEES | TRUSTEE'S CLAIM# | COURT'S CLAIM# |
|---|---|---|---|---|---|---|
| 11-11787 | Kasey wayne Lord & Amy Lynn Lord | 333 Ozia Skyline Dr. Houma, LA 70364 | $ 150.36 | American Honda Finance Corp. P.O. Box 168088 National Bankpuptcy Ctr. Irving, TX 75016-8088 | 8 | 2 |
| 11-12842 | Ledgue Patrice Williams | 2910 South Claiborne New Orleans, LA 70125 | $ 417.99 | American Honda Finance Corp. P.O. Box 168088 National Bankpuptcy Ctr. Irving, TX 75016-8088 | 15 | 2 |
| 11-12867 | Shannon Harden | PSC 824 Box 1001 FPO, AE 09623 | $ 53.47 | American Honda Finance Corp. P.O. Box 168088 National Bankpuptcy Ctr. Irving, TX 75016-8088 | 7 | 1 |
| 11-12886 | Kristen A. Dupre | 4344 Hwy 56 Lot 18 Houma, LA 70363 | $ 1,104.00 | American Honda Finance Corp. P.O. Box 168088 National Bankpuptcy Ctr. Irving, TX 75016-8088 | 1 | 1 |
| 12-10931 | Christina Ann Bushman | 1118 Melpomene St. Apt. A. New Orleans, LA 70130 | $ 260.00 | Christina Ann Bushman 1118 Melpomene St. Apt. A. New Orleans, LA 70130 | 0 | 0 |
| 12-12367 | William S. Billiot & Gracy M. Billiot | 417 Westview Dr. Houma, LA 70364 | $ 15.17 | Verizon Wireless 500 Technology Dr. Ste. 550 St. Charles, MO 63304-2225 | 39 | 13 |
| 12-13313 | Paul Kerry Patin, Jr. | 1920 N. Dorgenois St. New Orleans, LA 70119 | $ 32.72 | Sewerage & Water Board of NO 6625 St. Joseph St. Room 140 Ne Orleans, LA 70165 | 12 | 5 |
| 13-10849 | Quentin John Dean | 208 American Blvd. Houma, LA 70363 | $ 582.51 | American Honda Finance Corp. P.O. Box 168088 National Bankpuptcy Ctr. Irving, TX 75016-8088 | 1 | 2 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14-11833 | Jennifer Johnson | 2327 Durand St. Mandeville, LA 70448 | | $ | 23.79 | American Honda Finance Corp. P.O. Box 168088 National Bankruptcy Ctr. Irving, TX 75016-8088 | | 7 | | 1 |
| 15-11334 | Michelle Jones | 141 Hoover Drive, Apt. 224 Slidell, LA 70461 | | $ | 25.00 | Michelle Jones 141 Hoover Drive, Apt. 224 Slidell, LA 70461 | | 0 | | 0 |
| 16-10143 | Kelly Bell Lebouf & Patrick Luois Lebouf, III | 2873 Abudance Street New Orleans, LA 70126 | | $ | 621.01 | American Honda Finance Corp. P.O. Box 168088 National Bankruptcy Ctr. Irving, TX 75016-8088 | | 1 | | 7 |
| 16-10936 | Carl A. Verdin, Sr. & Melinda Dupre Verdin | 1469 Hwy 665 Montegut, LA 70377 | | $ | 50.00 | American Honda Finance Corp. P.O. Box 168088 National Bankruptcy Ctr. Irving, TX 75016-8088 | 3 | | 1 |
| | | | | $ | 3,336.02 | | | | |